### In re WEBBER.

District Court, S. D. New York.
June 12, 1933.

McKercher & Link, of New York City (George Link, Jr., and Charles H. Buckley, both of New York City, of counsel), for the motion.

Bernard M. Shor, of New York City, opposed.

COLEMAN, District Judge.

Motion to vacate stay is granted. It is clearly within the policy of the law that a debt "for maintenance and support of wife" be not discharged, and the debt sued on in the Municipal Court was for this, both as to the installments due before bankruptcy and as to those accruing afterwards.